

ASK LLP
— ATTORNEYS AT LAW —

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

Defendant:          **The Haddad Apparel Group, Ltd.**
Bankruptcy Case:    **Bed Bath & Beyond Inc.**
Preference Period:  **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823088 | $256,696.70 | 3/9/2023 | O/A:PPD030823FF | | $5,386.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823088 | $256,696.70 | 3/9/2023 | O/A:PPD030823EE | | $90,813.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823088 | $256,696.70 | 3/9/2023 | O/A:PPD030823DD | | $115,050.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823088 | $256,696.70 | 3/9/2023 | O/A:PPD030823CC | | $5,670.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823088 | $256,696.70 | 3/9/2023 | O/A:PPD030823BB | | $39,776.60 |

**Totals:    1 transfer(s),    $256,696.70**